Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
PERLA MAGENO

Dan J. Bulfer (SBN 280046)
DBulfer@aalrr.com
**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
20 Pacifica, Suite 1100
Irvine, CA 92618
Tel: 949.453.4260 / Fax 949.453.4262

Attorneys for Defendant
HONEYBEE FOODS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HONEYBEE FOODS CORPORATION, a Delaware corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 2:20-cv-05861-VAP-SHK<br><br>Hon. Virginia A. Phillips<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  June 30, 2020<br>Trial Date:  None Set |

1   TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   Plaintiff, PERLA MAGENO, and Defendant, HONEYBEE FOODS

3

4   CORPORATION., (the "Parties") have reached a settlement in this matter and

5   expect to file a joint stipulation for dismissal of the action pending completion of

6   certain terms of the confidential settlement agreement.

7

8   Dated: December 8, 2020                **MANNING LAW, APC**

9
                                    By:    */s/ Joseph R. Manning, Jr. Esq.*
10                                         Joseph R. Manning, Jr., Esq.
                                           Attorneys for Plaintiff,
11                                         Perla Mageno

12

13  Dated: December 8, 2020                **ATKINSON, ANDELSON, LOYA,**
                                           **RUUD & ROMO**
14

15                                  By:    */s/ Dan J. Bulfer*
                                           Dan J. Bulfer
16                                         Attorney for Defendant,
                                           Honeybee          Foods
17                                         Corporation

18

19

20

21

22

23

24

25

26

27

28

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on December 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: December 8, 2020                    **MANNING LAW, APC**

By:     */s/ Joseph R. Manning, Jr.  Esq.*
        Joseph R. Manning, Jr., Esq.
        Attorneys for Plaintiff
        Perla Mageno