JS-6

# United States District Court
# Central District of California

PERLA MAGENO,

        Plaintiff,

v.

HONEYBEE FOODS CORPORATION, ET AL.,

        Defendants.

Case No. CV 20-05861-VAP (SHKx)

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: December 9, 2020

VIRGINIA A. PHILLIPS
United States District Judge