1  Joseph R. Manning, Jr. (SBN 223381)
2  DisabilityRights@manninglawoffice.com
   **MANNING LAW, APC**
3  20062 SW Birch Street, Suite 200
   Newport Beach, CA 92660
4  Tel: 949.200.8755 / Fax: 866.843.8308

5  Attorneys for Plaintiff:
   PERLA MAGENO
6

7  **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
8  Michael J. O'Connor, Jr. (State Bar No. 202734)
   Michael.OConnor@aalrr.com
9  Dan J. Bulfer (State Bar No. 280046)
   DBulfer@aalrr.com
10 20 Pacifica, Suite 1100 Irvine, California 92618-3371
11 Telephone: (949) 453-4260 Fax: (949) 453-4262

12
   Attorneys for Defendant HONEYBEE FOODS
13 CORPORATION

14                **UNITED STATES DISTRICT COURT**
15               **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| PERLA MAGENO, an individual, | Case No.: 2:20-cv-05861-VAP-SHK |
| Plaintiff, | Hon. Virginia A. Phillips |
| v. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| HONEYBEE FOODS CORPORATION, a Delaware corporation; and DOES 1-10, inclusive | Complaint Filed: June 30, 2020<br>Trial Date: None |
| Defendant. | |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff PERLA MAGENO ("Plaintiff") and HONEYBEE FOODS CORPORATION ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 23, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   Perla Mageno

DATED: December 23, 2020

**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

By: /s/ *Dan J. Bulfer*
   Dan J. Bulfer
   Attorneys for Defendant
   Honeybee Foods Corporation

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 23, 2020   By: /s/ *Joseph R. Manning, Jr.*