UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HONEYBEE FOODS CORPORATION, a Delaware corporation; and DOES 1-10, inclusive<br><br>Defendant. | Case No. 2:20-cv-05861-VAP-SHK<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Perla Mageno ("Plaintiff") and Honeybee Foods Corporation ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 4, 2021

_____
UNITED STATES DISTRICT JUDGE